In re Matter of Estate of Raymond H. Parker, Deceased.

Gloria A. Parker, Appellee, v. Raymond H. Parker, Administrator, Appellant.

Gen. No. 47,168.

First District, First Division.

March 10, 1958.

Rehearing denied March 26, 1958.

Released for publication May 6, 1958.

George
Yellen, for respondent-appellant; Thomas J. Godfrey, for appellee.
Opinion by JUSTICE ROBSON. **Not to be published in full.**